UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

---

**DIANA BEST,**

               **Plaintiff,**

           v.

**PROSPECT 446 LLC, BRONSTEIN PROPERTIES LLC, ALBERT BRONSTEIN, DANIEL INTERDONATI, JOSEPH MASINO, BARRY RUDOFSKY, AND SCOTT SILVERMAN.**

               **Defendants.**

---

**Stipulation of Dismissal**
Docket No. 22-CV-3347
(MKB) (TAM)

IT IS HEREBY AGREED, BY AND BETWEEN COUNSEL FOR THE PARTIES, THAT:

Pursuant to Rule 41(a)(l)(A)(ii) of the Federal Rules of Civil Procedure, the plaintiff, DIANA BEST, hereby gives notice that the above action is dismissed with prejudice against the defendants PROSPECT 446 LLC, BRONSTEIN PROPERTIES LLC, ALBERT BRONSTEIN, DANIEL INTERDONATI, JOSEPH MASINO, BARRY RUDOFSKY, AND SCOTT SILVERMAN.

Dated:   November 15, 2022
           New York, New York

| | |
|---|---|
| *Leslie Salzman* | *Jay B. Solomon* |
| Leslie Salzman | Jay B. Solomon |
| Hannah Petitti, Kim Wroblewski, Legal Interns | Belkin Burden Goldman, LLP |
| Cardozo Bet Tzedek Legal Services | One Grand Central Place |
| 55 Fifth Avenue, 11th Floor | 60 East 42nd Street, 16th Floor |
| New York, New York 10003 | New York, NY 10165 |
| Phone: (646) 592-6570 | Phone: 212-485-5280 |
| salzman@yu.edu | JSolomon@bbgllp.com |
| | |
| JASA/ Legal Services for Elder Justice | Counsel for all defendants |

Donna Dougherty, Attorney in Charge
Kristen Vrancken
97-77 Queens Boulevard Suite 600
Rego Park, New York 11374
ddougherty@jasa.org
Kvrancken@jasa.org
Phone: (718) 286-1500

Counsel for Plaintiff